No. [03-14-00670-CV]

[MARY E. ALLEN,],
              Appellant

V.

Wells Branch Self Storage],
              Appellee

§
§
§
§
§
§
§
§
§
§
§
§
§

IN the Third District

Court of Appeals

Austin, texas

RECEIVED
MAY 18 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

FILED
May 27, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk

## Appellant Motion Extended Temporary Restraining order

To the Honorable Third Court of Appeals Supreme Judge/es, I Mary E. Allen (Appellant) I am Filing This motion For Extend/Extended Temporary Restrainig order against Wells Branch (Appellee) Self Storage due To The Fact the previous restraining order against (W.BSS) may have expired ordering them not To Aunction or Sale, nor destroy or Take any of my Possession which is still in my Storage Unit, until this Case is settled, Fully settled. My Storage Contain important Documents and Legal documents and Every bit of my Personal and Confidential belonging and documents and house hold which Wells Branch Self Storage can take and use For Capital gain, Fraudulent purpose, Identity theft, that Can damage me For the rest of my Life. I Pray that this motion be granted, so that I Can get back From Wells Branch Self Storage all of my possession and Belonging and that nothing be Aunction nor Sold or be taken For whatever reason. This is all of my Possession

I own, I have nothing Else but What In my storage
Unit at Wells Branch SelfStorage.

Respectfully Submitted,
By: Mary E. Allen
General Delivery 823 Congress
STE.150 Austin, Texas 78701

FILED
May 27, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk

**Certificate of Conference**
[sample; required in civil cases only]

As required by Texas Rule of Appellate Procedure 10.1(a)(5), I certify that I have conferred, or made a reasonable attempt to confer, with all other partiesCwhich are listed belowCabout the merits of this motion with the following results: *Connie Heyer* > *Attorneys*     *Sharon Leonard* ⌉ *WBSS*
*Emily Newell* ⌉         *David Richard* ⌋

[name of party=s attorney or name of pro se party]

      ☑    opposes motion
      G    does not oppose motion
      G    agrees with motion
      G    would not say whether motion is opposed
      G    did not return my message regarding the motion

[repeat for each party]

*Mary E. Allen (Appellant)*
[Signature of certifying attorney or pro se party]

*5/26/2015*
[Date]

**NOTE:** Pursuant to Texas Code of Judicial Conduct Canon 3(B)(8), do not confer with the trial judge regarding the motion in an original proceeding in which the trial judge is the respondent.

RECEIVED
MAY 2 7 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

Court of Appeals
third District of Texas

# Certificate of Conference

I Mary E. Allen am in Writing and Phone Call and also Faxing these documents that I have Filed with the _Third Court of Appeals_ Motion for ~~Extended~~ Restraining order as stated on letter.

Do you the attorneys and WBSS other Parties Names oppose or does not oppose motion?

Mary E. Allen
5/26/2015
1:35pm

FILED
May 27, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk

## CERTIFICATE OF SERVICE

I certify that a true copy of the above Motion to Extend Temporary Restraining Order has this day been served FAX [electronically by transmission to an electronic filing service provider for service through the state's electronic filing manager or in person or by mail by depositing it in the mail postpaid and properly addressed or by commercial delivery service by depositing it with the commercial delivery service paid and properly addressed or by (fax) before 5:00 p.m. of the recipient's local time or by e-mail] to WBSS [name, designation, and address, e.g., Sharon Legore (name), attorney of record for _____ (name of party), at 1122 Colorado St. Westgate Bldg. Suite 313 (address)].

SIGNED 5/26/15 [date]

Connie Heyer
Emily Rogness

_Mauge Aller_
[signature]

[signature]
Declarant

(Rel. 114-9/2014 Pub.719)

1:39 pm

RECEIVED
MAY 2 7 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

# Certificate of Service

I, Mary E. Allen certify that a true copy of the above ~~motion~~ MA Motion to Extended temporary Restraining Order has been Fax

To Parties: Connie Heyer
Emily Newell } attorneys
for Wells Branch Self Storage
Sharon Leonard
David Richard.

Signed Mary E. Allen
5/26/2015

1:37 pm



**Travis County
Law Library**

**Library Patron Fax Cover Sheet**

From
~~Travis Library~~ *Mary E. Allen*
Phone Number: _____ *(General Deno) 823 Congress St. 150*
Fax Number.: _____

To: *Connie Heiger (Comely Newell) (W655)*
Phone Number: *474-6901*
Fax Number.: *512 - 474 - 0717*
Number of pages: *7 pages*

Message

The information contained on the attached pages, which are being transmitted by a fax machine located in a Travis County Law Library, has been prepared, assembled, and compiled by a private citizen acting in his/her own capacity, without the control, direction, endorsement, sponsorship or control of Travis County.

Travis County and the Law Library staff make no representation or warranty, express or implied, or assume any legal liability or responsibility for the contents of the information contained on these pages, nor for the accuracy, completeness, usefulness, timeliness, or fitness for any particular purpose of any such information.

Travis County, and its officials, agents and employees shall not be liable for any loss or injury, however arising, resulting in whole or in part from the use of any information contained in the information being transmitted or from any reliance placed thereon.

---

Fax Confirmation Report

| Date/Time | : MAY-26-2015 01:54PM TUE |
| Fax Number | : 5128549082 |
| Fax Name | : TRAVCO INFO DESK |
| Model Name | : Phaser 3635MFP |

Total Pages Scanned: 7

| No. | Remote Station | Start Time | Duration Page | Mode | Job Type Result |
|---|---|---|---|---|---|
| 001 | 8512474071  | 05-26 01:52PM | 01.03 | 007/007 | EC | HS | CP |

Abbreviations:
HS:Host Send          PL:Polled Local       EC:Error Correct      MP:Mailbox Print
HR:Host Receive       PR:Polled Remote      WS:Waiting To Send    MS:Mailbox Save
TS:Terminated by System   CP:Completed       RP:Report             G3:Group3
TU:Terminated by User     FA:Fail



**Travis County
Law Library**

## Library Patron Fax Cover Sheet

From ~~From Library~~ *Mary E. Allen*

Phone Number: *General Delivery 823 Congress Ste. 150*

Fax Number.: _____

To: *Connie Heyer / Emily Newell (WB555) Portia*

Phone Number: *474-6901*

Fax Number.: *512-474-0717*

Number of pages: *7 pages*

<br>

| Message |
| --- |
|  |

The information contained on the attached pages, which are being transmitted by a fax machine located in a Travis County Law Library, has been prepared, assembled, and compiled by a private citizen acting in his/her own capacity, without the control, direction, endorsement, sponsorship or control of Travis County.

Travis County and the Law Library staff make no representation or warranty, express or implied, or assume any legal liability or responsibility for the contents of the information contained on these pages, nor for the accuracy, completeness, usefulness, timeliness, or fitness for any particular purpose of any such information.

Travis County, and its officials, agents and employees shall not be liable for any loss or injury, however arising, resulting in whole or in part from the use of any information contained in the information being transmitted or from any reliance placed thereon.